IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                          4:12CR00142-02 JMM

RANDALL ROBINSON

## ORDER

Pending is the Motion to Declare Defendant Indigent for Costs Other Than Attorney's Fees. The Defendant seeks a finding by the Court that the Defendant is indigent for purposes of hiring an expert in the field of voice recognition. The Defendant has previously been found indigent for the purposes of appointment of counsel but has retained counsel.

In order to rule on this motion, the Defendant must file an Amended Motion stating the basis for the expert, specifying the name of the expert and an itemized list of the costs associated with the expert's services. Therefore, the Motion (Docket # 54) is DENIED without prejudice.

IT IS SO ORDERED this 6th day of June, 2013.

_____
James M. Moody
United States District Judge